ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Zeno.Baucus@usdoj.gov

FILED

AUG 20 2025

Clerk, U.S. Courts
District Of Montana
Billings Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABBEY LEE COOK,<br><br>Defendant. | CR 25- 13 -H-BMM<br><br>**INFORMATION**<br><br>WIRE FRAUD (Counts 1-3)<br>Title 18 U.S.C. § 1343<br>(Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

WIRE FRAUD

That beginning in and around September 2021, and continuing thereafter until in or about November 2024, at Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, ABBEY LEE COOK, having devised and intending to devise a material scheme and artifice to defraud,

1

and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, knowingly transmitted and caused to be transmitted by means of wire communication, in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

## THE SCHEME

During the period of the information, it was part of the material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, that the defendant, ABBEY LEE COOK, embezzled funds from multiple individuals and entities without their authorization.

## MANNER AND MEANS

It was part of the scheme that ABBEY LEE COOK, acting through Abbey Lee Cook and Associates, LLC, and other business entities, contracted with certain candidates for political office and with certain political-oriented entities for the purpose of, among other duties, providing campaign compliance activities. As part of her duties, the defendant was required to file periodic reports with the Montana Commissioner of Political Practice (COPP) with respect to these candidates and entities. These reports included, among other information, the amount of money COOK was paid by these candidates and entities.

2

As part of her duties for these individuals and entities, the defendant, ABBEY LEE COOK, was granted access and control to the bank accounts of these individuals and entities. With this access and control by the defendant, ABBEY LEE COOK, acting without authorization, transferred money and property to accounts and entities controlled by her. Those candidates and entities that were the object of COOK's scheme, including the approximate date range and amount she defrauded from each victim, included the following:

| Victim | Date Range | Approximate Amount Defrauded by COOK's Scheme |
|---|---|---|
| Victim No. 1 | March 2024 – October 2024 | $88,209.00 |
| Victim No. 2 | September 2021 – October 2024 | $82,000.00 |
| Victim No. 3 | August 2024 | $1,600.00 |
| Victim No. 4 | October 2023 – June 2024 | $10,150.00 |
| Victim No. 5 | June 2023 – November 2024 | $53,100.00 |
| Victim No. 6 | August 2024 | $18,000.00 |

That is the defendant, ABBEY LEE COOK, embezzled funds from various individuals and entities that employed her by fraudulently transferring money for personal expenses, in whole and in part, none of which were authorized. Moreover, the total amount of money that COOK transferred from these candidates and entities was not accurately contained on her filings with COPP despite the requirement to do so.

## EXECUTION OF THE SCHEME

On or about each of the dates set forth below, in the State and District of Montana, and elsewhere, the defendant, ABBEY LEE COOK, for the purpose of

3

executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate and foreign commerce, the signals described below:

| Count | Date | Amount | Origin | Recipient |
|---|---|---|---|---|
| 1 | 03/20/2023 | $3,000.00 | Victim No. 2 Account x0120 | Abbey Lee Cook & Associates account X8790 |
| 2 | 8/3/2023 | $15,000.00 | Victim No. 2 Account x120 | Abbey Lee Cook & Associates account X8790 |
| 3 | 11/8/2023 | $3,000.00 | Victim No. 5 Account x7506 | Abbey Lee Cook & Associates account X8790 |

All in violation of 18 U.S.C. § 1343.

DATED this 20" day of August 2025

KURT G. ALME
United States Attorney

_____
ZENO B. BAUCUS
Assistant U.S. Attorney

_____
KURT G. ALME
United States Attorney

4

for  _____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney