Christopher R Betchie
Hull, Swingley & Betchie PC.
P.O. Box 534
Helena, MT 59624
(406)-204-5710
christopher@hullmtlaw.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 25-13-H-BMM** |
| Plaintiff, | *UNOPPOSED*<br>**MOTION FOR CONTINUANCE OF SENTENCING HEARING AND DEADLINE TO FILE OBJECTIONS TO PSR WITH PROBATION AND PAROLE** |
| vs. | |
| ABBEY LEE COOK, | |
| Defendant. | |

Defendant, ABBEY LEE COOK, by and through her Counsel of record Christopher R. Betchie, and respectfully moves this Court for an order continuing the Sentencing Hearing scheduled for January 12, 2026, at 10:00 a.m., and the deadline to file objections to the Draft PSR with Probation and Parole, which were due December 8, 2025. This Motion is made and based upon the files and records of this case and for the reasons that Defendant's counsel will be out of State on January 12, 2025.

1

In accordance with the Local Rules of this Court, the undersigned has contacted the office of the Attorney for the Government, Zeno Baucus, Assistant United States Attorney, and he has no objection to the continuance of either the Sentencing Hearing or the deadline to file Objections to the Draft PSR.

RESPECTFULLY SUBMITTED this 9th day of December 2025.

*/s/ Christopher R. Betchie*

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on 9[h] day of December 2025, a copy of the foregoing

document was served on the following persons by the following means:

 1, 2   CM-ECF
_____Hand Delivery
_____Mail
_____Overnight Delivery Service
_____Fax
  3   E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    Zeno Baucus
      Assistant United States Attorney
      United States Attorney's Office
          Counsel for the United States of America

3.    ABBEY LEE COOK
      Abbey.lee.cook@gmail.com
          Defendant

*/s/ Christopher R. Betchie*

3