Dianna Moore
3316 West Kiowa Street
Colorado Springs, Colorado 80904
719-460-6353

December 14, 2025

The Honorable Judge Brian Morris
Missouri River Courthouse
125 Central Avenue West, Suite 301
Great Falls MT 59404

Re:  Sentencing of Abbey Cook

Dear Judge Morris,

My name is Dianna Moore.  I have been a career pastor, chaplain, doctoral-level marriage and family therapist, certified life coach and meditation teacher.  I reside in Colorado.  I am writing on behalf of defendant Abbey Cook.   I have been a life-long friend of Abbey and her family.  I am requesting leniency in her sentencing.

As I have observed Abbey through the years, I have seen a beautiful, intelligent and vibrant young person with a big heart for others and a passion to help others in need and to contribute to the world being a better place.  These values came directly from her amazing parents who instilled in her a loving, spiritual moral code through their Christian faith and their dedication to contributing many acts of service in their community.

I have recently been staying in touch with Abbey to offer my support during this difficult challenge in her life.  She has shared that she has been looking deeply "into what got her here" and has been reflecting on how to use this experience to grow and be "the best version" of herself moving forward. She has already come to an understanding that she has "bent over backwards to please others and in doing so, she has neglected her own needs and guidance." She shared that this comes from a deep need to be needed and it has made drawing boundaries with people difficult.  She is aware that she has had a pattern of taking on too much and getting overwhelmed and of procrastinating dealing with difficult things.  She is also currently going through a challenging and painful divorce.   She wants to resume counseling with her therapist so that she can continue to be more "self-aware and make good choices in every area of her life and set healthy boundaries with others."

Respectfully,

Dianna Moore

Dianna Moore