IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-25-13-H-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED ORDER** |
| vs. | ) | **CONTINUING** |
| | ) | **SENTENCING** |
| ABBEY LEE COOK, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Defendant Cook's Unopposed Motion to Continue Sentencing and Related Deadlines (Doc. 16), with no objection from the Government and for good cause being shown:  The sentencing hearing currently scheduled for February 23, 2026 is VACATED and rescheduled for: April 6, 2026 at 2:30 p.m. in Helena, MT.

Sentencing memorandums for either party shall be filed no later than: April 1, 2026.

DATED this 30th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts