IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-25-13-H-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| vs. | ) | **SENTENCING** |
| | ) | |
| ABBEY LEE COOK, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Defendant Cook's Unopposed Motion to Continue Sentencing and Related Deadlines (Doc. 21), with no objection from the Government and for good cause being shown:  The sentencing hearing currently scheduled for April 6, 2026 is VACATED and rescheduled for Monday, September 28, 2026 at 1:30 p.m. at the Paul Hatfield Federal Courthouse in Helena, Montana. Sentencing memoranda for either party shall be filed no later than September 16, 2026.

DATED this 25th day of March 2026.

_____
Brian Morris, Chief District Judge
United States District Courts