IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-13-H-BMM |
| Plaintiff, | |
| vs. | ORDER |
| ABBEY LEE COOK, | |
| Defendant. | |

On April 6, 2026, Defendant Abbey Lee Cook appeared before the Court for an initial appearance for pre-trial revocation proceedings. A motion filed by the United States contained an affidavit stating Defendant violated her pretrial release conditions. The government asserts that Defendant traveled to Florida for a cruise, during which time she consumed alcohol. The government further asserts that Defendant was not truthful regarding changes to her residence, and also failed to appear on a complaint related to state charges involving a bad check.

During the hearing, Defendant admitted to the violations and provided explanations for the same. Pursuant to 18 U.S.C. § 3148(b)(1), and based on the

1

record in this case, the Court finds there is clear and convincing evidence that Defendant violated conditions of her release as alleged. Further, pursuant to § 3148(b)(2), and based on Defendant's conduct while on pretrial release, the Court finds she is unlikely to abide by any condition or combination of conditions if the Court were to continue her pretrial release.

Therefore, pursuant to 18 U.S.C. § 3148(b), **IT IS HEREBY ORDERED** that Defendant's pretrial release is **REVOKED**.

Defendant requested that she be released pending her sentencing hearing on September 28, 2026. However, based on the Defendant's conduct while on pretrial release, including multiple instances of dishonest representations and lack of candor to her assigned United States Probation Officer, the Court finds that she is subject to detention pending sentencing pursuant to 18 U.S.C. § 3143(a)(2) and 18 U.S.C. § 3145(c). Accordingly,

**IT IS FURTHER ORDERED** the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the

2

Government, the person in charge of the corrections facility shall deliver the

Defendant to the United States Marshal for the purpose of an appearance in

connection with a court proceeding.

DATED this 6th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge