IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABBEY LEE COOK,

Defendant.

Case No. CR-25-13-H-BMM

**ORDER SEALING EXHIBITS AND GRANTING LEAVE TO FILE REDACTED COPIES**

Upon Defendant Cook's Unopposed Motion to Seal and Leave to File Redacted Exhibits (Doc. 37), for good cause and with no objection from the Government:

The Clerk of Court is ORDERED to file under seal Documents 36-2 through 36-10 (exhibits B through J to Defendant's sentencing memorandum). Defendant shall separately file redacted copies of the documents.

DATED this 16th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts